**REVISED May 8, 2017**

# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

No. 16-40818
Summary Calendar

United States Court of Appeals
Fif h Circuit

**FILED**
May 4, 2017

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

       Plaintiff - Appellee

v.

RAMON RESENDEZ-GONZALEZ, also known as Ramon Gonzales
Resendez, also known as Ramon Gonzalez Resendez, also known as Ramon
Rezendez Gonzalez,

       Defendant - Appellant

---

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 3:15-CR-25-1

---

Before JONES, WIENER, and CLEMENT, Circuit Judges.

PER CURIAM:*

    The Federal Public Defender appointed to represent Ramon Resendez-Gonzalez has moved for leave to withdraw and has filed a brief in accordance

---

    * Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

with *Anders v. California,* 386 U.S. 738 (1967), and *United States v. Flores,* 632 F.3d 229 (5th Cir. 2011). Resendez-Gonzalez has filed a response. We have reviewed counsel's brief, Resendez-Gonzalez's response, and the relevant portions of the record reflected therein. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.